# UNITED STATES BANKRUPTCY COURT
### Northern District of California

| | INVOLUNTARY PETITION |

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| **Stumpf, John G** | J.G. Stumpf; J. Stumpf; J. STUMPF; G. Stumpf; J.G.S.; John Stumpf; John G. Stumpf, Pres.; John G. Stumpf, CEO; John G. Stumpf, Chairman; JOHN G. STUMPF; JOHN STUMPF |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| John G. Stumpf<br>1090 Chestnut St #12, San Francisco, CA 94109 | John G. Stumpf<br>1090 Chestnut St #12<br>San Francisco, CA 94109<br>John.G.Stumpf@wellsfargo.com |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>734 Cragmont Ave., Berkeley, Alameda City, CA 94708-1302    ZIP CODE<br>94708 | ZIP CODE<br>94109 |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) |
|---|

| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED |
|---|
| ✓ Chapter 7    ☐ Chapter 11 |

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| **Nature of Debts**<br>(Check one box.)<br><br>Petitioners believe:<br><br>✓ Debts are primarily consumer debts<br>☐ Debts are primarily business debts | **Type of Debtor**<br>(Form of Organization)<br>(Check one box.)<br><br>✓ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ✓ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ✓ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
### OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

## ALLEGATIONS
### (Check applicable boxes)

1. ✓ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ✓ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ✓ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
        or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

Name of Debtor  Stumpf, John G.

Case No._____

---

**TRANSFER OF CLAIM**

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _John Liu_____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                     Date |
| John Liu                        03/21/2011 |  |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

| x _william-richard_____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                     Date |
| william-richard              03/21/2011 |  |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

| x _dale - lloyd_____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                     Date |
| dale-lloyd                   03/21/2011 |  |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| John Liu,c/oR.A.GUANCIONE,Notary,POB641641,SJ95164 | Fractional Assignment | 30,000,000.00 |
| dale-lloyd,c/oRA GUANCIONE,Notary,POB641641SJ95164 | Fractional Assignment | 30,000,000.00 |
| william-richard,c/oR.A.GUANCIONE,POB641641,SJ 95164 | Fractional Assignment | 30,000,000.00 |

| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims       3,226,371,600.00 |
|---|---|---|

_____8_____ continuation sheets attached   1of 8pgs

Name of Debtor ___John G. Stumpf___

Case No. _____

## TRANSFER OF CLAIM

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _[signature]_ | x Not Applicable |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Sadat Latour Johnson                03/21/2011 | Not Applicable |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| | c/o R.A. GUANCIONE,POB 641641,SJ,CA95164 |
| Name & Mailing | Address |
| Address of Individual | (408) 830-6266 |
| Signing in Representative | Telephone No. |
| Capacity | |

| x _[signature] Matt P. Jacobsen_ | x Not Applicable |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Matt P. Jacobsen                03/21/2011 | Not Applicable |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| | c/o R.A. GUANCIONE,POB 641641,SJ,CA95164 |
| Name & Mailing | Address |
| Address of Individual | (408) 830-6266 |
| Signing in Representative | Telephone No. |
| Capacity | |

| x _[signature] William-Bullock III: Stewart_ | x Not Applicable |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| William-Bullock III: Stewart©™                03/21/2011 | Not Applicable |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| | c/o R.A. GUANCIONE,POB 641641,SJ,CA95164 |
| Name & Mailing | Address |
| Address of Individual | (408) 830-6266 |
| Signing in Representative | Telephone No. |
| Capacity | |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Sadat Latour Johnsen,c/o R.A. GUANCIONE,POB 641641 | fractional assign on lien | 30,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Matt P. Jacobsen, c/o R.A. GUANCIONE, POB 641641,SJ | fractional assign on lien | 30,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| William-Bullock III: Stewart©™, c/o R.A. GUANCIONE | fractional assign on lien | 30,000,000.00 |

| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims    3,226,371,600.00 |
|---|---|---|

_____ continuation sheets attached  2 of 8 pap

Name of Debtor  John G. Stumpf

Case No._____

| TRANSFER OF CLAIM |
|---|

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

| REQUEST FOR RELIEF |
|---|

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _patricia-ann_ | x Not Applicable |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                    Date |
| patricia-ann                        03/21/2011 | Not Applicable |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| | c/o R.A. GUANCIONE, POB 641641, SJ, CA 95164 |
| Name & Mailing Address of Individual Signing in Representative Capacity          _____ | Address |
| | Telephone No. |
| x _[signature]_ | x Not Applicable |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                    Date |
| Richard Maldonado              03/21/2011 | Not Applicable |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| | c/o R.A. GUANCIONE, POB 641641, SJ, CA 95164 |
| Name & Mailing Address of Individual Signing in Representative Capacity          _____ | Address |
| | Telephone No. |
| x _____ | x Not Applicable |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                    Date |
| 03/21/2011 | Not Applicable |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| | c/o R.A. GUANCIONE, POB 641641, SJ, CA 95164 |
| Name & Mailing Address of Individual Signing in Representative Capacity          _____ | Address |
| | Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| patricia-ann,c/o R.A. GUANCIONE,POB 641641,SJ,CA | fractional assign | 30,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Richard Maldonado,c/o R.A. GUANCIONE,POB 641641 | fractional assign | 30,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 3,226,371,600.00 |

_B_ continuation sheets attached  3 of 8 pop

Name of Debtor  John G. Stumpf

Case No._____

| TRANSFER OF CLAIM |
|---|

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

| REQUEST FOR RELIEF |
|---|

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____
Signature of Petitioner or Representative (State title)
Glenn Burgess                    03/21/2011
Name of Petitioner          Date Signed

x  Not Applicable
Signature of Attorney                    Date
Not Applicable
Name of Attorney Firm (If any)
c/o R.A. GUANCIONE, POB 641641, SJ, CA 95164
Address

Name & Mailing
Address of Individual
Signing in Representative
Capacity

Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Maria Elena Landon                03/21/2011
Name of Petitioner          Date Signed

x  Not Applicable
Signature of Attorney                    Date
Not Applicable
Name of Attorney Firm (If any)
c/o R.A. GUANCIONE, POB 641641, SJ, CA 95164
Address

Name & Mailing
Address of Individual
Signing in Representative
Capacity

Telephone No.

x _____
Signature of Petitioner or Representative (State title)
                              03/21/2011
Name of Petitioner          Date Signed

x  Not Applicable
Signature of Attorney                    Date
Not Applicable
Name of Attorney Firm (If any)
c/o R.A. GUANCIONE, POB 641641, SJ, CA 95164
Address

Name & Mailing
Address of Individual
Signing in Representative
Capacity

Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Glenn Burgess, c/o R.A. GUANCIONE, POB 641641, SJ, CA | fractional assign | 30,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Maria Elena Landon, c/o R.A. GUANCIONE, POB 641641 | fractional assign | 30,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 3,226,371,600.00 |

____ continuation sheets attached  4 of 8 pop

**TRANSFER OF CLAIM**

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Lyndon Liu_ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Lyndon Liu                      03/21/2011 | |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |
| | |
| x _Rosalie M. Stewart_ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Rosalie Merriman Stewart          03/21/2011 | |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |
| | |
| x _W. B. Stewart Jr._ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Dr. W.B. Stewart, Jr.          03/21/2011 | |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Lyndon Liu | fractional assign on lien | 30,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Rosalie Merriman Stewart | fractional assign on lien | 30,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Dr. W.B. Stewart, Jr. | fractional assign on lien | 30,000,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims   3,226,371,600.00 |

_8_ continuation sheets attached   5 of 8 pop

Name of Debtor  John G. Stumpf

Case No._____

## TRANSFER OF CLAIM

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _~signature~_ | x  Not Applicable |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                     Date |
| John Hall                                    03/21/2011 | Not Applicable |
| Name of Petitioner                        Date Signed | Name of Attorney Firm (If any) |
|  | c/o R.A. GUANCIONE, POB 641641, SJ, CA 95164 |
| Name & Mailing | Address |
| Address of Individual | _____ |
| Signing in Representative | _____ |
| Capacity | Telephone No. |
|  | _____ |
| x ~redacted~ | x  Not Applicable |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                     Date |
|  | Not Applicable |
| Name of Petitioner                        Date Signed | Name of Attorney Firm (If any) |
|  | c/o R.A. GUANCIONE, POB 641641, SJ, CA 95164 |
| Name & Mailing | Address |
| Address of Individual | _____ |
| Signing in Representative | _____ |
| Capacity | Telephone No. |
|  | _____ |
| x _~signature~_ | x  Not Applicable |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                     Date |
| Prince Anthony-Victor III: Guancione       03/21/2011 | Not Applicable |
| Name of Petitioner                        Date Signed | Name of Attorney Firm (If any) |
|  | c/o R.A. GUANCIONE, POB 641641, SJ, CA 95164 |
| Name & Mailing | Address |
| Address of Individual | _____ |
| Signing in Representative | _____ |
| Capacity | Telephone No. |
|  | _____ |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| John Hall, c/o R.A. GUANCIONE, POB 641641, SJ, CA95164 | fractional assign | 30,000,000.00 |
| Charles McCarthy, c/o R.A. GUANCIONE, POB 641641, SJ | fractional assign | 30,000,000.00 |
| Prince Anthony-Victor III: Guancione, c/o R.A. GUANCIONE | final judgment in default | 2,536,371,600.00 |

| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims  3,226,371,600.00 |
|---|---|---|

_8_ continuation sheets attached  6 Of 8pgp

Name of Debtor  John G. Stumpf

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Dante De Torres_ | x  Not Applicable |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| Dante De Torres                    03/21/2011 | Not Applicable |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| | c/o R.A. GUANCIONE,POB 641641,SJ,CA95164 |
| Name & Mailing | Address |
| Address of Individual      _____ | (408) 830-6266 |
| Signing in Representative | Telephone No. |
| Capacity                    _____ | |

| | |
|---|---|
| x _Lance A. Stewart_ | x  Not Applicable |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| Lance A. Stewart                    03/21/2011 | Not Applicable |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| | c/o R.A. GUANCIONE,POB 641641,SJ,CA95164 |
| Name & Mailing | Address |
| Address of Individual      _____ | (408) 830-6266 |
| Signing in Representative | Telephone No. |
| Capacity                    _____ | |

| | |
|---|---|
| x _____ | x  Not Applicable |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
|                                    03/21/2011 | Not Applicable |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| | c/o R.A. GUANCIONE,POB 641641,SJ,CA95164 |
| Name & Mailing | Address |
| Address of Individual      _____ | (408) 830-6266 |
| Signing in Representative | Telephone No. |
| Capacity                    _____ | |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Dante De Torres,c/o R.A. GUANCIONE,POB 641641,SJ,CA | fractional assign on lien | 30,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Lance A. Stewart, c/o R.A. GUANCIONE, POB 641641, SJ, | fractional assign on lien | 30,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| , c/o R.A. GUANCIONE, POB 641641 | fractional assign on lien | 30,000,000.00 |
| Note:      If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims  3,226,371,600.00 | |

_B_ continuation sheets attached  7oP8Pgs

Name of Debtor __Stumpf, John G.___

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _(signature)_ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Kevin Shane Gouveia               03/21/2011 | |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative _____ | Telephone No. |
| Capacity | |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative _____ | Telephone No. |
| Capacity _____ | |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative _____ | Telephone No. |
| Capacity | |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Kevin Gouveia, c/o RA GUANCIONE-Notary, POB 641641 Sj | Fractional Assignment | 30,000,000.00 |
| Name and Address of Petitioner ▓▓▓▓▓▓▓▓▓▓▓▓ | Nature of Claim | Amount of Claim ▓▓▓▓▓▓▓ |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ 8 continuation sheets attached  8 of 8 pgs

Official Form 11A
6/90

# United States Bankruptcy Court
## Northern District Of California

In re: John G. Stumpf,
        Debtor

Case No. _____

Chapter _____7_____

## SCHEDULE A - REAL PROPERTY

Case: 11-43325    Doc# 1    Filed: 03/28/11    Entered: 03/28/11 16:37:16    Page 10 of 32

In re  John G. Stumpf                                    ,          Case No. _____
              **Debtor**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1090 CHESTNUT ST # 12 SAN FRANCISCO CA 94109 | owner | J | 8,000,000.00 | 100 percent |
| 734 Cragmont Ave., Berkeley, CA 94708, APN 63-2959-12 | owner, document # 2007432073 | J | 1,015,000.00 | 100 percent |
| | | | Total▶ | |

(Report also on Summary of Schedules.)



**FIDELITY National Title Insurance Company**

*The Ultimate Service for Your Success*

## Property Overview

734 CRAGMONT AVE, BERKELEY, CA, 94708- 1302

### Owner and Geographic Information

| | |
|---|---|
| **Primary Owner:** | **Secondary Owner:** |
| STUMPF JOHN & RACHEL | |
| **Mail Address:** | 1090 CHESTNUT ST # 12 SAN FRANCISCO CA 94109 |
| **Site Address:** | 734 CRAGMONT AVE BERKELEY CA 94708 |
| **APN** : 63-2959-12          **Lot Number :** | **Page Grid :** 609-H5 |
| **Housing Tract Number:** | |
| **Legal Description :** | |

### Property Details

| | | |
|---|---|---|
| **Bedrooms** : 3 | **Year Built** : 1928 | **Square Feet** : 2,269 SF |
| **Bathrooms** : 1 | **Garage** : Garage | **Lot Size** : 7,400 SF |
| **Total Rooms** : 7 | **Fireplace** : | **Number of Units** : 0 |
| **Zoning** : | **Pool** : | **Use Code** : Single Family Residential |

### Sale & Loan

| | | |
|---|---|---|
| **Transfer Date** : 12/27/2007 | **Seller** : BONOVICH, TERRIE | |
| **Transfer Value** : $1,015,000 | **Document #** : 2007432073 | **Cost/Sq Feet** : $447 |

### Assessment & Taxes

| | | |
|---|---|---|
| **Assessed Value** : $928,000 | **Percent Improvement** : 70% | **Homeowner Exemption** : |
| **Land Value** : $278,400 | **Tax Amount** : $13,670.40 | **Tax Rate Area** : 13-000 |
| **Improvement Value** : $649,600 | **Tax Status** : Current | **Tax Account ID** : |
| **Market Improvement Value** : | **Market Land Value** : | **Market Value** : |

Offered by Fidelity National Title Company
All information produced is deemed reliable but is not guaranteed.



**Fidelity National Title**
Insurance Company

FormB2
6/90

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, HI&RH Prince William-Bullock III: Stewart©™, with signed and notarized General Power of Attorney for, and acting as authorized agent of the secured creditors in this involuntary chapter 7 case, and having contractual authority of the debtor to file the debtor into involuntary bankruptcy to collect the debtors debt pursuant to the conditions and contractual obligations and agreements of a privately established and consensual contract in Admiralty, on behalf of:

Each of the creditors listed on the Schedule of Secured Creditors, in this case,

declare under penalty of perjury that I have read the foregoing document,

and that it is true and correct to the best of my information and belief.

Date: 03/25/2011

_____
HI&RH Prince William Bullock Stewart III©™,
As Executive Beneficiary for the trust,
Secured party creditor, and Sovereign American
UCC 1-207/308, 1-207.9

Official Form 11A
6/90

# United States Bankruptcy Court
## Northern District Of California

In re: John G. Stumpf,
      Debtor

Case No. _____
Chapter _____7_____

**SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS**

In re  John G. Stumpf                    ,     Case No. _____
_____
                    **Debtor**                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. RE155939270 <br><br> patricia-ann <br> c/o R.A. GUANCIONE <br> PO Box 641641 <br> San Jose, CA 95164 | | | 08/20/10, fractional assign on final judgment in default, see lien <br><br> VALUE $ 30,000,000.0 | | | | 30,000,000.00 | |
| ACCOUNT NO. RE155939197 <br><br> william-richard <br> c/o R.A. GUANCIONE <br> PO Box 641641 <br> San Jose, CA 95164 | | | 08/20/10, fractional assign on final judgment in default, see lien <br><br> VALUE $ 30,000,000.0 | | | | 30,000,000.00 | |
| ACCOUNT NO. RE155939299 <br><br> Dr. William B. Stewart, Jr. <br> c/o R.A. GUANCIONE <br> PO Box 641641 <br> San Jose, CA 95164 | | | 08/27/10, fractional assign on final judgment in default, see lien <br><br> VALUE $ 30,000,000.0 | | | | 30,000,000.00 | |

**5** continuation sheets attached

Subtotal ▶
(Total of this page)   $ 90,000,000.00   $

Total ▶
(Use only on last page)   $   $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   John G. Stumpf                              ,        Case No. _____
               **Debtor**                                                                      **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. see right | | | 08/27/10, fractional assign on final judgment in default, 155939308,see lien | | | | | |
| Rosalie M. Stewart c/o R.A. GUANCIONE PO Box 641641 San Jose, CA 95164 | | | | | | | 30,000,000.00 | |
| | | | VALUE $ 30,000,000.00 | | | | | |
| ACCOUNT NO. see right | | | 08/28/10, fractional assign on final judgment in default, 155939360,see lien | | | | | |
| Maria Elena Landon c/o R.A. GUANCIONE PO Box 641641 San Jose, CA 95164 | | | | | | | 30,000,000.00 | |
| | | | VALUE $ 30,000,000.00 | | | | | |
| ACCOUNT NO. see right | | | 08/26/10, fractional assign on final judgment in default, 155939356,see lien | | | | | |
| Sadat Latour Johnson c/o R.A. GUANCIONE PO Box 641641 San Jose, CA 95164 | | | | | | | 30,000,000.00 | |
| | | | VALUE $ 30,000,000.00 | | | | | |
| ACCOUNT NO. see right | | | 10/16/10, fractional assign on final judgment in default, 155939740,see lien | | | | | |
| Glenn Burgess c/o R.A. GUANCIONE PO Box 641641 San Jose, CA 95164 | | | | | | | 30,000,000.00 | |
| | | | VALUE $ 30,000,000.00 | | | | | |
| ACCOUNT NO. see right | | | 01/14/11, fractional assign on final judgment in default, 155939373,see lien | | | | | |
| Matt Phillips Jacobsen c/o R.A. GUANCIONE PO Box 641641 San Jose, CA 95164 | | | | | | | 30,000,000.00 | |
| | | | VALUE $ 30,000,000.00 | | | | | |

Sheet no. _2_ of _6_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ 150,000,000.00     $

Total(s) ▶
(Use only on last page)

$     $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  John G. Stumpf                    ,          Case No. _____
        **Debtor**                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. see right<br>John Hall<br>c/o R.A. GUANCIONE<br>PO Box 641641<br>San Jose, CA 95164 | | | 10/29/10, fractional assign on final judgment in default, 155939872,see lien<br>VALUE $ 30,000,000.0( | | | | 30,000,000.00 | |
| ACCOUNT NO. see right<br>dale-lloyd<br>c/o R.A. GUANCIONE<br>PO Box 641641<br>San Jose, CA 95164 | | | 02/13/11, fractional assign on final judgment in default, 155940080,see lien<br>VALUE $ 30,000,000.0( | | | | 30,000,000.00 | |
| ACCOUNT NO. see right<br>Lance Arthur Stewart<br>c/o R.A. GUANCIONE<br>PO Box 641641<br>San Jose, CA 95164 | | | 11/30/10, fractional assign on final judgment in default, 132383658,see lien<br>VALUE $ 30,000,000.0( | | | | 30,000,000.00 | |
| ACCOUNT NO. see right<br>Dante De Torres<br>c/o R.A. GUANCIONE<br>PO Box 641641<br>San Jose, CA 95164 | | | 10/22/10, fractional assign on final judgment in default, 155939753,see lien<br>VALUE $ 30,000,000.0( | | | | 30,000,000.00 | |
| ACCOUNT NO. see right<br>John Liu<br>c/o R.A. GUANCIONE<br>PO Box 641641<br>San Jose, CA 95164 | | | 03/20/11, fractional assign on final judgment in default, 155940164,see lien<br>VALUE $ 30,000,000.0( | | | | 30,000,000.00 | |

Sheet no. **3** of **6** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

| $ 150,000,000.00 | $ |
|---|---|

Total(s) ▶
(Use only on last page)

| $ | $ |
|---|---|

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   John G. Stumpf                          ,        Case No. _____
         **Debtor**                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. see right<br><br>Matthew James Harrell c/o R.A. GUANCIONE PO Box 641641 | | | 08/18/10, fractional assign on final judgment in default, 155939268,see lien<br>VALUE $ 30,000,000.00 | | | | 30,000,000.00 | |
| ACCOUNT NO. see right<br><br>John Lumiere-Wins c/o R.A. GUANCIONE PO Box 641641 San Jose, CA 95164 | | | 08/18/10, fractional assign on final judgment in default, 155939223,see lien<br>VALUE $ 30,000,000.00 | | | | 30,000,000.00 | |
| ACCOUNT NO. see right<br><br>Bonnie Anne Harrell c/o R.A. GUANCIONE PO Box 641641 San Jose, CA 95164 | | | 08/18/10, fractional assign on final judgment in default, 155939245,see lien<br>VALUE $ 30,000,000.00 | | | | 30,000,000.00 | |
| ACCOUNT NO. see right<br><br>William Miles Harrell c/o R.A. GUANCIONE PO Box 641641 San Jose, CA 95164 | | | 08/18/10, fractional assign on final judgment in default, 155939254,see lien<br>VALUE $ 30,000,000.00 | | | | 30,000,000.00 | |
| ACCOUNT NO. see right<br><br>Christopher Jamar Summers c/o R.A. GUANCIONE PO Box 641641 | | | 09/07/10, fractional assign on final judgment in default, 155939387,see lien<br>VALUE $ 30,000,000.00 | | | | 30,000,000.00 | |

Sheet no. **4** of **6** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

| $ 150,000,000.00 | $ |
|---|---|

Total(s) ▶
(Use only on last page)

| $ | $ |
|---|---|

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  John G. Stumpf                              ,          Case No. _____
          **Debtor**                                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. see right <br> HI&RH Prince William-Bullock III: Stewart c/o R.A. GUANCIONE | | | 12/02/10, fractional assign on final judgment in default, 640486879,see lien <br> VALUE $ 30,000,000.00 | | | | 30,000,000.00 | |
| ACCOUNT NO. see right <br> Lyndon Liu c/o R.A. GUANCIONE PO Box 641641 San Jose, CA 95164 | | | 03/21/11, fractional assign on final judgment in default, 155940155,see lien <br> VALUE $ 30,000,000.00 | | | | 30,000,000.00 | |
| ACCOUNT NO. see right <br> Kevin Shane Gouveia c/o R.A. GUANCIONE PO Box 641641 San Jose, CA 95164 | | | 03/21/11, fractional assign on final judgment in default, 155939625,see lien <br> VALUE $ 30,000,000.00 | | | | 30,000,000.00 | |
| ACCOUNT NO. see right <br> Richard Maldonado c/o R.A. GUANCIONE PO Box 641641 San Jose, CA 95164 | | | 08/25/10, fractional assign on final judgment in default, 155939342,see lien <br> VALUE $ 30,000,000.00 | | | | 30,000,000.00 | |
| ACCOUNT NO. see right <br> Walter Bruce Harrell c/o R.A. GUANCIONE PO Box 641641 San Jose, CA 95164 | | | 08/18/10, fractional assign on final judgment in default, 155939237,see lien <br> VALUE $ 30,000,000.00 | | | | 30,000,000.00 | |

Sheet no. **5** of **6** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶
(Total(s) of this page)

$ 150,000,000.00 | $

Total(s) ▶
(Use only on last page)

$ | $

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   John G. Stumpf                              ,          Case No. _____
                        **Debtor**                                                                          **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. see right HI&RH Anthony-Victor III: Guancione c/o R.S. GUANCIONE PO Box 641641 San Jose, CA 95164 | | | 05/04/10, judgment creditor on final judgement in defalt, 132383658,see lien VALUE $ | | | | 2,536,371,600.00 | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no. _10_ of _6_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal (s)▶
(Total(s) of this page)

$
   2,536,371,600.0

$

Total(s) ▶
(Use only on last page)

$
   3,226,371,600.0

$

(Report also on
Summary of Schedules.)

(If applicable,
report also on
Statistical Summary
of Certain
Liabilities and
Related Data.)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, HI&RH Prince William-Bullock III: Stewart©™, with signed and notarized General Power of Attorney for, and acting as authorized agent of the secured creditors in this involuntary chapter 7 case, and having contractual authority of the debtor to file the debtor into involuntary bankruptcy to collect the debtors debt pursuant to the conditions and contractual obligations and agreements of a privately established and consensual contract in Admiralty, on behalf of:

Each of the creditors listed on the Schedule of Secured Creditors, in this case,

declare under penalty of perjury that I have read the foregoing document,

and that it is true and correct to the best of my information and belief.


Date: 03/25/2011

_____

HI&RH Prince William Bullock Stewart III©™,
As Executive Beneficiary for the trust,
Secured party creditor, and Sovereign American
UCC 1-207/308, 1-207.9

# United States Bankruptcy Court

## Northern District Of California

In re _____ John G. Stumpf _____ ,
               Debtor

Case No. _____

Chapter _____ 7 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

Date: _____ March 25, 2011 _____

_____ John G. Stumpf _____
             Debtor

*[Declaration as in Form 2]*

| | | | | |
|---|---|---|---|---|
| John Lumiere-Wins | R.A. GUANCIONE, Notary witness, 408-840-6266 POB 641641 San Jose, CA 95164 | Fractional assignment lien against final judgment in default for trade debt | undisputed | claim USD 30,000,000.00 against all assets |
| william-richards | R.A. GUANCIONE, Notary witness, 408-840-6266 POB 641641 San Jose, CA 95164 | Fractional assignment lien against final judgment in default for trade debt | undisputed | claim USD 30,000,000.00 against all assets |
| particia-ann | R.A. GUANCIONE, Notary witness, 408-840-6266 POB 641641 San Jose, CA 95164 | Fractional assignment lien against final judgment in default for trade debt | undisputed | claim USD 30,000,000.00 against all assets |
| Richard Maldonado | R.A. GUANCIONE, Notary witness, 408-840-6266 POB 641641 San Jose, CA 95164 | Fractional assignment lien against final judgment in default for trade debt | undisputed | claim USD 30,000,000.00 against all assets |
| Sadat L Johnson | R.A. GUANCIONE, Notary witness, 408-840-6266 POB 641641 San Jose, CA 95164 | Fractional assignment lien against final judgment in default for trade debt | undisputed | claim USD 30,000,000.00 against all assets |
| Maria Elena Landon | R.A. GUANCIONE, Notary witness, 408-840-6266 POB 641641 San Jose, CA 95164 | Fractional assignment lien against final judgment in default for trade debt | undisputed | claim USD 30,000,000.00 against all assets |
| Rosalie M Stewart | R.A. GUANCIONE, Notary witness, 408-840-6266 POB 641641 San Jose, CA 95164 | Fractional assignment lien against final judgment in default for trade debt | undisputed | claim USD 30,000,000.00 against all assets |
| Dr Wm B Stewart, Jr | R.A. GUANCIONE, Notary witness, 408-840-6266 POB 641641 San Jose, CA 95164 | Fractional assignment lien against final judgment in default for trade debt | undisputed | claim USD 30,000,000.00 against all assets |
| Christopher J Summers | R.A. GUANCIONE, Notary witness, 408-840-6266 POB 641641 San Jose, CA 95164 | Fractional assignment lien against final judgment in default for trade debt | undisputed | claim USD 30,000,000.00 against all assets |
| Glenn Burgess | R.A. GUANCIONE, Notary witness, 408-840-6266 POB 641641 San Jose, CA 95164 | Fractional assignment lien against final judgment in default for trade debt | undisputed | claim USD 30,000,000.00 against all assets |
| Dante De Torres | R.A. GUANCIONE, Notary witness, 408-840-6266 POB 641641 San Jose, CA 95164 | Fractional assignment lien against final judgment in default for trade debt | undisputed | claim USD 30,000,000.00 against all assets |
| John Hall | R.A. GUANCIONE, Notary witness, 408-840-6266 POB 641641 San Jose, CA 95164 | Fractional assignment lien against final judgment in default for trade debt | undisputed | claim USD 30,000,000.00 against all assets |

| | | | | |
|---|---|---|---|---|
| HI&RH Prince William-Bullock III: Stewart | R.A. GUANCIONE, Notary witness, 408-840-6266 POB 641641 San Jose, CA 95164 | Fractional assignment lien against final judgment in default for trade debt | undisputed | claim USD 30,000,000.00 against all assets |
| Lance Arthur Stewart | R.A. GUANCIONE, Notary witness, 408-840-6266 POB 641641 San Jose, CA 95164 | Fractional assignment lien against final judgment in default for trade debt | undisputed | claim USD 30,000,000.00 against all assets |
| dale-lloyd | R.A. GUANCIONE, Notary witness, 408-840-6266 POB 641641 San Jose, CA 95164 | Fractional assignment lien against final judgment in default for trade debt | undisputed | claim USD 30,000,000.00 against all assets |
| John Liu | R.A. GUANCIONE, Notary witness, 408-840-6266 POB 641641 San Jose, CA 95164 | Fractional assignment lien against final judgment in default for trade debt | undisputed | claim USD 30,000,000.00 against all assets |
| Lyndon Liu | R.A. GUANCIONE, Notary witness, 408-840-6266 POB 641641 San Jose, CA 95164 | Fractional assignment lien against final judgment in default for trade debt | undisputed | claim USD 30,000,000.00 against all assets |
| Matt Jacobsen | R.A. GUANCIONE, Notary witness, 408-840-6266 POB 641641 San Jose, CA 95164 | Fractional assignment lien against final judgment in default for trade debt | undisputed | claim USD 30,000,000.00 against all assets |
| HI&RH Anthony-Victor III: Guancione | R.A. GUANCIONE, Notary witness, 408-840-6266 POB 641641 San Jose, CA 95164 | final judgement in default for trade debt in Admiralty contract | undisputed | 2,536,371,600.00 |
| Bruce W. Harrell | R.A. GUANCIONE, Notary witness, 408-840-6266 POB 641641 San Jose, CA 95164 | Fractional assignment lien against final judgment in default for trade debt | undisputed | claim USD 30,000,000.00 against all assets |

FormB7
6/90

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, HI&RH Prince William-Bullock III: Stewart©™, with signed and notarized General Power of Attorney for, and acting as authorized agent of the secured creditors in this involuntary chapter 7 case, and having contractual authority of the debtor to file the debtor into involuntary bankruptcy to collect the debtors debt pursuant to the conditions and contractual obligations and agreements of a privately established and consensual contract in Admiralty, on behalf of:

Each of the creditors listed on the Schedule of Secured Creditors, in this case,

declare under penalty of perjury that I have read the foregoing document listing the twenty largest creditors, and although there are more than 20 creditors believed to have equal amounts of secured claims against the debtor, the largest creditor and then a fraction of the others holding equal sized amounts of claims to total 20 creditors was listed,

and that it is true and correct to the best of my information and belief.

Date: 03/25/2011

_____
HI&RH Prince William Bullock Stewart III©™,
As Executive Beneficiary for the trust,
Secured party creditor, and Sovereign American
UCC 1-207/308, 1-207.9

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

In re, John G. Stumpf

Case No. _____
Chapter: 7

_____ / Debtor

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of __4__ sheet(s), contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this Matrix conforms with the Clerk's promulgated requirements.

Date: _03/ 21 /2011_

_R. A. Guancione_
R. A. GUANCIONE, Notary Witness

In Pro Per                                    Bar #:
In Pro Per

John Lumiere-Wins
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA   95164


Bruce W Harrell
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA   95164


Matthew J Harrell
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA   95164


William M Harrell
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA   95164


Bonnie A Harrell
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA   95164


william-richards
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA   95164


patricia-ann
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA   95164

Richard Maldonado
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA 95164


Sadat L. Johnson
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA 95164


Maria Elena Landon
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA 95164


Rosalie M Stewart
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA 95164


Dr Wm B Stewart, Jr
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA 95164


Christopher J Summers
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA 95164


Glenn Burgess
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA 95164

Dante De Torres
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA 95164


John Hall
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA 95164


HI&RH Prince
William-Bullock III: Stewart
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA 95164


Lance Arthur Stewart
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA 95164


dale-lloyd
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA 95164


John Liu
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA 95164


Lyndon Liu
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA 95164

Matt Jacobsen
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA 95164


HI&RHAnthony-VictorIII:Guancione
c/o R A Guancione-Notary Acceptor
PO Box 641641
San Jose, CA 95164

FormB2
6/90

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, HI&RH Prince William-Bullock III: Stewart©™, with signed and notarized General Power of Attorney for, and acting as authorized agent of the secured creditors in this involuntary chapter 7 case, and having contractual authority of the debtor to file the debtor into involuntary bankruptcy to collect the debtors debt pursuant to the conditions and contractual obligations and agreements of a privately established and consensual contract in Admiralty, on behalf of:

Each of the creditors listed on the Schedule of Secured Creditors, in this case,

declare under penalty of perjury that I have read the foregoing document,

and that it is true and correct to the best of my information and belief.

Date: 03/25/2011

_____
HI&RH Prince William Bullock Stewart III©™,
As Executive Beneficiary for the trust,
Secured party creditor, and Sovereign American
UCC 1-207/308, 1-207.9

FormB2
6/90

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, HI&RH Prince William-Bullock III: Stewart©™, with signed and notarized General Power of Attorney for, and acting as authorized agent of the secured creditors in this involuntary chapter 7 case, and having contractual authority of the debtor to file the debtor into involuntary bankruptcy to collect the debtors debt pursuant to the conditions and contractual obligations and agreements of a privately established and consensual contract in Admiralty, on behalf of:

Each of the creditors listed on the Schedule of Secured Creditors, in this case,

declare under penalty of perjury that I have read the foregoing document,

and that it is true and correct to the best of my information and belief.

Date: 03/25/2011

_____

HI&RH Prince William Bullock Stewart III©™,
As Executive Beneficiary for the trust,
Secured party creditor, and Sovereign American
UCC 1-207/308, 1-207.9