28. WELLS FARGO BANK AND ITS PREDECESSOR(S) is a fiction and Libellant is a visitor in a court of fiction. Libellant is an actual being of the Creator and is of likeness of character, his law and truth proceeds from the Holy Scriptures which are truth and not inferior to the world of corrupted fiction which has no righteousness in it and is manipulated by those claiming immunity for their acts of confusion and fraud.

29. If the Libellee(s), ITS co-parties and officers discover any errors or omissions, legal or otherwise, in or related to this instrument, said agents, officers and co-parties are required to notice the Libellant with a point by point description of any such errors and omissions within ten (10) days of receiving this Notice by Mail or forever admit the lawful execution of this Notice as a matter of the public record.

30. If additional time is required for responding, a request must be received by the Libellant at the address of the Notary Acceptor within the ten (10) days allotted or be forever barred from contest under the doctrine or maxim of Collateral Estoppel.

31. The Libellees, Officers and Co-parties of, WELLS FARGO BANK AND ITS PREDECESSOR(S) are required to notify the Libellant within ten (10) days of acknowledgement, acceptance and agreement to the address of the Notary Acceptor only. You may agree to all statements and claims by Libellant by simply remaining silent.

32. Libellant, Anthony-Victor III: Guancione *is using the Copyrighted Statutes only for his remedy and not for profit.*

## LIST OF CONTRACTUAL STATEMENTS LIBELLEES AGREED TO

1. Libellee(s) admits Libellant is not one and the same as any Artificial Legal Fiction entity 14th Amendment person, individual commercial Straw-man, co-party organization and trust created by the State or Federal government.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

2. Libellee(s) admits Libellant is an injured party in this matter and not one in the same as any defendant in any action in any State or Federal case.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

3. Libellee(s) admits Libellant is not a beneficiary surety liable party and business partner for any legal fiction entity or number created by any corporation or the federal government, and has never knowingly, willingly, and for certain and fair consideration, ever entered into any contract that would controvert Libellant's claim on non-surety status.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

4. Libellee(s) admits Libellant has a non-privity relationship with all legal fiction entities.

3C USA **ANSWER:** [Admits/Acknowledge if no answer is provided]

5. Libellee(s) admits Anthony-Victor III: Guancione has not failed to state a claim upon which relief can be granted as evidenced on the commercial registry at the California Secretary of State in the form of UCC 1 and its amendments.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

6. Libellee(s) admits Libellant is an agent for **ANTHONY VICTOR GUANCIONE III**, not a trustee or liable party.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

7. Libellee(s) admits they have never disclosed that charges and penalties are based on his voluntary act to contract and agree that all such contracts are void due to their hidden nature and lack of disclosure.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

8. WELLS FARGO BANK AND ITS PREDECESSOR(S), its Officers and Co-parties are committing SCIENTER ACTS (omitting knowledge) in Bad Faith, Fraud Conspiracy, Undue Enrichment,   Aiding and Abetting, Willful and Wanton, Irreparable Harm, with Malice and Forethought, Conversion, Commercial War, Commercial Credit Slander and continuous torts.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

9. Libellee(s) admits any immunity, whether Absolute or Limited are not protective in their acts of Bad Faith against ANTHONY VICTOR GUANCIONE III and that Am Jur 2nd, Volume 17 (A) Clause #298 applies.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

10. Libellee(s) admits any Collateral Attack on this AGREEMENT/CONTRACT is in Bad Faith and attempts to violate U.S. Constitution Article I, Section 10, "THE IMPAIRMENT OF CONTRACTS" and the D.C. Codes.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

11. Libellee(s) admits WELLS FARGO BANK AND ITS PREDECESSOR(S) has never disclosed the nature and cause and conditions of the contracts in commerce that were executed on the Libellant.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

12. Libellee(s) admits injuring Libellant by willfulness, by error, by intent to mislead, by omission, by confusion, by hidden contracts, by solicitation, by creating revenue, by conversion, and by fraud.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

13. Libellee(s) admits the Libellant notices WELLS FARGO BANK AND ITS PREDECESSOR(S) and its co-partners and the Public, that by mistake, Libellant has moved in good faith to comprehend and remedy a mistake caused by his misplaced trust and inability to comprehend the motives of those attempting to contract ANTHONY VICTOR GUANCIONE III or Anthony-Victor III: Guancione.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

14. Libellee(s) admits all contracts and agreements and presentments by any and all WELLS FARGO BANK AND ITS PREDECESSOR(S) Agent(s), Employees are expressly induced by Fraud, Coercion, and Extortion upon the Libellant and non-disclosure contracts.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

15. Libellee(s) admits Libellee, WELLS FARGO BANK AND ITS PREDECESSOR(S) Officers have created unsupported commercial documents that were relied upon by third parties to deprive Libellant of property.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

16. Libellee(s) admits no "ANSWER" by legal definition can be provided in any instance neither in part or in whole and that they are found out and have no excuse and no affirmative defense for their Criminal Acts.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

17. Libellee(s) admits, WELLS FARGO BANK AND ITS PREDECESSOR(S) deposited Libellant's Promissory Note into a customer transaction account.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

18. Libellee(s) admits the deposited promissory note increased the assets of WELLS FARGO BANK AND ITS PREDECESSOR(S)

**ANSWER:** [Admits/Acknowledge if no answer is provided]

19. Libellee(s) admits, WELLS FARGO BANK AND ITS PREDECESSOR(S), by depositing Libellant's Promissory Note into a customer transaction account, Libellant became a Creditor of WELLS FARGO BANK AND ITS PREDECESSOR(S).

**ANSWER:** [Admits/Acknowledge if no answer is provided]

20. Libellee(s) admits, WELLS FARGO BANK AND ITS PREDECESSOR(S) never disclosed this fact and did not issue a receipt to Libellant for the deposit as require by law.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

21. Libellee(s) admits, Libellant's Promissory Note was the financial instrument that was used to fund the purported loan.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

22. Libellee(s) admits, WELLS FARGO BANK AND ITS PREDECESSOR(S) never risked any of its or its depositors funds in the purported loan transaction.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

23. Libellee(s) admits it follows Generally Accepted Accounting Practices (GAAP).

**ANSWER:** [Admits/Acknowledge if no answer is provided]

24. Libellee(s) admits, WELLS FARGO BANK AND ITS PREDECESSOR(S) have used fictitious names on commercial documents to deprive the Libellant of property.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

25. Libellee(s) admits Libellant has no remedy other than contractual and the elements of mistake, non-jurisdiction and acceptance for value.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

26. Libellee(s) admits WELLS FARGO BANK AND ITS PREDECESSOR(S) Officers have failed to adjust the accounts of ANTHONY VICTOR GUANCIONE III.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

27. Libellee(s) admits Libellee, WELLS FARGO BANK AND ITS PREDECESSOR(S) Officers have made false and fraudulent entries into specially coded files such as Customer Transaction Account and that these files are coded for the purpose of preventing the public and Libellant access to their content so that courts of fiction may rely upon as these files as undisputed evidence.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

28. Libellee(s) admits, WELLS FARGO BANK AND ITS PREDECESSOR(S) Officers have never made a verified assessment or signed an Assessment Certificate under penalty of perjury, *true, correct, complete and not misleading* re ANTHONY VICTOR GUANCIONE III.

ANSWER: [Admits/Acknowledge if no answer is provided]

29. Libellee(s) admits that WELLS FARGO BANK AND ITS PREDECESSOR(S) is a fiction and Libellant is a visitor in a court of fiction. Libellant is an actual being of the Creator and is of likeness of character, his law and truth proceeds from the Holy Scriptures which are truth and not inferior to the world of corrupted fiction which has no righteousness in it and is manipulated by those claiming immunity for their acts of confusion, fraud, Scienter Acts and continuous torts

.ANSWER: [Admits/Acknowledge if no answer is provided]

30. Libellee(s) admits that if the Libellee(s), ITS co-parties and officers discover any errors or omissions, legal or otherwise, in or related to this instrument, said agents, officers and co-parties are required to notice the Libellant at the address of the Notary Acceptor only with a point by point description of any such errors and omissions within ten (10) days of receiving this Notice by Mail or forever admit the lawful execution of this Notice as a matter of the public record.

ANSWER: [Admits/Acknowledge if no answer is provided]

31. Libellee(s) admits that if a request for additional time to respond is needed, such request must be received by the Libellant at the address of the Notary Acceptor only within the ten (10) days allotted or be forever barred from contest under the doctrine or maxim of Collateral Estoppel. 5 USC §706

ANSWER: [Admits/Acknowledge if no answer is provided]

32. Libellee(s) admits it is mandatory to place themselves under unlimited liability commercial oath to secure integrity in their responses.

ANSWER: [Admits/Acknowledge if no answer is provided]

33. Libellee(s) admits the harm created by their Criminal Acts and Acknowledge that the Sum Certain in the True Bill is correct as presented and is to be paid to the Libellant.

ANSWER: [Admits/Acknowledge if no answer is provided]

34. Libellee(s) admits that any stall and delay created by them is conversion of the Sum Certain in the Accounting and True Bill of this Commercial Instrument will result in an increase of ten (10) times for Compensatory Punitive Damages shall prevail contractually.

**D ANSWER: [Admits/Acknowledge if no answer is provided]**

35. Libellee(s) admits and agrees that the Accounting and True Bill is true, correct complete and certain following the perfection of this Commercial Instrument.

**ANSWER: [Admits/Acknowledge if no answer is provided]**

36. Libellee(s) admits that if and when they answer this Statement and Inquires, your answer will only be valid with your SSN # attached since Libellant is providing the ANTHONY VICTOR GUANCIONE III.

**ANSWER: [Admits/Acknowledge if no answer is provided]**

37. Libellee(s) admit that Libellant is using the Copyrighted Statutes of California and the United States for his remedy and not for profit.

**ANSWER: [Admits/Acknowledge if no answer is provided]**

## NOTICE

These statements and the ANSWER contained herein may be used by Libellant, if necessary in any court of competent jurisdiction.

### AFFIDAVIT OF NEGATIVE AVERMENT

As of this date, January 21, 2010, the undersigned Notary Acceptor has not received a timely response to the Libellant's documents from the Libellees or any other agents.

The undersigned Notary Acceptor has previously issued a Negative Averment on October 10, 2009 and January 8, 2010. Due to the trespass by Libellee's, their agents, employees, agents and slaves, initiated on January 8, 2010, the undersigned Notary Acceptor negatively avers that the Libellees have obeyed the previous NON-NEGOTIABLE and NOTICE OF ADMINISTRATIVE JUDGMENT and CERTIFICATE OF DISHONOR to which libellees have admitted the statement, claims, and answers to the inquiries by *tacit procuration*. That ADMINISTRATIVE JUDGMENT is *stare decisis, res judicata* and *collateral estoppel*.

### NOTARIAL PROTEST CERTIFICATE
### (CERTIFICATE OF DISHONOR)
### (ADMINISTRATIVE JUDGMENT BY ESTOPPEL)

26. The HOLDER IN DUE COURSE has recruited the Notary Public, authorized to certify dishonor of the Notice of International Commercial Claim within the Admiralty Administrative Remedy Agreement/Contract, and to present this ADMINISTRATIVE JUDGMENT BY ESTOPPEL in accordance with UCC 3 § 509.



California                    )          *NOTICE TO AGENT IS NOTICE TO PRINCIPAL*
                              ) ss        *NOTICE TO PRINCIPAL IS NOTICE TO AGENT*
USA   Santa Clara county      )

Based on the attached TESTIMONY under oath of R.A. Guancione, Public Official, Notary Public, and the written record of the administrative claim and process followed by the Libellant – Anthony Victor Guancione III, hereinafter "Contract", submitted as the evidence to this Court, all of which has been presented to this panel,

## JUDGMENT

IT IS THE JUDGMENT OF THIS PANEL that:

1.  Petitioner/Libellant is a Secured Party/Creditor over the property of ANTHONY VICTOR GUANCIONE.

2.  *On three occasions Petitioner/Libellant properly noticed Respondents/Libellees, in their private capacity and*
    a.  *In his public capacity as an agent for UNITED STATES, of the Contract and*
    b.  *Respondents' corresponding duty to respond, and that he properly commenced, continued,*
    c.  *and concluded said Contract.*

3.  *Respondents/Libellees failed to answer or otherwise respond, and therefore stand in agreement with Petitioner/Libellant.*

4.  *Maxims of law in support of Petitioner's request to this panel are:*
    *An unrebutted affidavit is a judgment in commerce.*
    *In commerce truth is sovereign.*
    *Truth is expressed in the form of an affidavit.*
    *A lien or claim can be satisfied only through rebuttal by counteraffidavit point-for-point, resolution by jury, or payment.*
    *The proof lies on him who affirms, not on him who denies.*
    *The agreement of the parties makes the law of the contract.*
    *A man's word is his bond.*
    *For truth to be established, it must be expressed.*
    *Silence is agreement.*
    *He who leaves the battlefield first loses by default.*
    *When a party has a duty to speak, his silence equates with fraud.*
    *An accessory follows the nature of his principal.*
    *A contract founded on a base or unlawful consideration, or against good morals, is null.*
    *Sacrifice is the measure of credibility. One who has not been damaged by, given to, lost on account of, or put at risk by another has no basis to make claims or charges against him.*

## DECISION

THEREFORE, IT IS THE DECISION OF THIS PANEL that the parties have reached the following agreement:

1. Petitioner Anthony V. Guancione III has exercised his power of acceptance and has accepted all offers made by Respondents, JOHN G STUMPF, Pres., CEO, Chrm., WELLS FARGO & CO., DAVID K. ZWIENER, former SR. EXEC VICE PRES, WELLS FARGO & CO., former CFO, WACHOVIA Division, ROBERT K. STEEL, former PRESIDENT & CEO, WACHOVIA, SUZANNE CHING, ASST. VICE PRESIDENT, WELLS FARGO & CO., WACHOVIA Division; WELLS FARGO & CO.; and wholly owned subsidiary WACHOVIA, to contract and therefore has undisputed ownership of the Contract.

2. Respondents, JOHN G STUMPF, Pres., CEO, Chrm., WELLS FARGO & CO., DAVID K. ZWIENER, former SR. EXEC VICE PRES, WELLS FARGO & CO., former CFO, WACHOVIA Division, ROBERT K. STEEL, former PRESIDENT & CEO, WACHOVIA, SUZANNE CHING, ASST. VICE PRESIDENT, WELLS FARGO & CO., WACHOVIA Division; WELLS FARGO & CO.; and wholly owned subsidiary WACHOVIA, have each agreed that Anthony V. Guancione III is in fact the Secured Party in this matter, and have agreed to all of the terms and conditions set forth in the Contract.

3. Respondents, JOHN G STUMPF, Pres., CEO, Chrm., WELLS FARGO & CO., DAVID K. ZWIENER, former SR. EXEC VICE PRES, WELLS FARGO & CO., former CFO, WACHOVIA Division, ROBERT K. STEEL, former PRESIDENT & CEO, WACHOVIA, SUZANNE CHING, ASST. VICE PRESIDENT, WELLS FARGO & CO., WACHOVIA Division; WELLS FARGO & CO.; and wholly owned subsidiary WACHOVIA, in their private and public capacities as agent for UNITED STATES, failed to state a claim upon which relief can be granted, against the property of ANTHONY V. GUANCIONE III, which is currently pledged as security to the Petitioner Anthony V. Guancione III.

4. That the AGREEMENT/CONTRACT established in Admiralty between Anthony V. Guancione III and the libellees/Respondents JOHN G STUMPF, Pres., CEO, Chrm., WELLS FARGO & CO., DAVID K. ZWIENER, former SR. EXEC VICE PRES, WELLS FARGO & CO., former CFO, WACHOVIA Division, ROBERT K. STEEL, former PRESIDENT & CEO, Wachovia, SUZANNE CHING, ASST. VICE PRESIDENT, WELLS FARGO & CO., WACHOVIA Division; WELLS FARGO & CO.; and wholly owned subsidiary WACHOVIA, be enforced by placing liens upon all property identified as owned by the libellees, and liquidating said property at auction(s), no sooner than 15 days after lien placement.

5. That this court recognizes that there is no matter in controversy, as the Contract has been agreed to by all parties, that the court acknowledges the libellant(s) status as immune to all state court jurisdiction.

6. That the Santa Clara county Clerk-Recorder expunge all filings and recorded documents for 1461 Forrestal Ave., San Jose, California, made at the behest of, in the name of, or under the supervision of, JOHN G STUMPF, Pres., CEO, Chrm., WELLS FARGO & CO., DAVID K. ZWIENER, former SR. EXEC VICE PRES, WELLS FARGO & CO., former CFO, WACHOVIA Division, ROBERT K. STEEL, former PRESIDENT & CEO, Wachovia, SUZANNE CHING, ASST. VICE PRESIDENT, WELLS FARGO & CO., WACHOVIA Division; WELLS FARGO & CO.; and

wholly owned subsidiary WACHOVIA, WELLS FARGO & CO., their employees, agents, representatives, business associates, subsidiaries, and co-party, and/or Cal-Western Reconveyance Corporation, regarding any Notice of Default, Notice of Trustee Sale, subsequent September 24, 2009 Auction, transfer of ownership to any libellee or their representative or designee.

7. That the Superior Court of California, Santa Clara County, expunge the files of all actions in court or other actions of JOHN G STUMPF, Pres., CEO, Chrm., WELLS FARGO & CO., DAVID K. ZWIENER, former SR. EXEC VICE PRES, WELLS FARGO & CO., former CFO, WACHOVIA Division, ROBERT K. STEEL, former PRESIDENT & CEO, Wachovia, SUZANNE CHING, ASST. VICE PRESIDENT, WELLS FARGO & CO., WACHOVIA Division; WELLS FARGO & CO.; and wholly owned subsidiary WACHOVIA, WELLS FARGO & CO., their employees, agents, representatives, business associates, subsidiaries, and co-party, and/or Cal-Western Reconveyance Corporation, regarding 1461 Forrestal Avenue, San Jose, California and ANTHONY VICTOR GUANCIONE III©™ (AKA ANTHONY V GUANCIONE, III©™), US VESSEL.

8. That a Data Integrity Board and Comptroller of the Currency Investigation pursuant to 5 U.S.C. 552(a)(d) for this instant action is ordered.

9. That the Court Clerk/Warrant Officer enforce any Certificates of Exigency against the Respondents and their agents, employees, representatives, subsidiaries, or co-party, for any and all hostile presentments appearing in this court, written or oral, after the default found in the Administrative Law Process, which is a Criminal Act, and for which a Certificate of Exigency will be filed with the warrant officer/court clerk, which mandates a warrant of arrest for all parties now found in criminal acts according to the provisions "within the admiralty."

10. Respondents have each agreed to be subject to Involuntary Bankruptcy in both their private and public capacities.

11. Respondent's claims are unenforceable ab initio, including any claim of ownership of the property at 1461 Forrestal Avenue, San Jose, CA.

12. The Respondents/Libellees are now liable for and have the following sum certain amount of debt due and owing to Libellant: $3,226,371,600.00 USD (three billion-twohundred twenty-six million three-hundred seventyone thousand six-hundred dollars and no cents USD), is due NOW and owing in it's entirety NOW to Libellant Anthony-Victor III: Guancione from the Libellee's. This is not an installment payment debt and is to be paid in it's entirety (in FULL) NOW.

13. Libellees are reminded that the contract states that the sum certain amount owed may be enlarged ten times (10x) for payment delay.

// Justices signatures are on Next Page //

611381078

Done this ___5th___ day of ___February___, Two Thousand Ten.

By the court _C. McCarthy Feb. 5, 2010_
                    Signature
Justice___Chip McCarthy___county___Santa Clara___

By the court _Edward Christian 2/5/10_
                    Signature
Justice___Edward Christian___county___Santa Clara___

By the court _N A B__ 2/5/10_
                    Signature
Justice___Victoria Barreto___county___Santa Clara___

◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇

State of California        )                CALIFORNIA ALL-PURPOSE
                          ) ss.
County of Santa Clara      )            CERTIFICATE OF ACKNOWLEDGMENT

On _FEB 5, 2010_ before me, _G. A. Rinella_, Notary Public, personally appeared
___Chip McCarthy___ who proved to me on the basis of satisfactory evidence to be the person(s) whose
name(s) is/are subscribed to the within instrument and acknowledged to me that she/he/they executed the same in
her/his/their authorized capacity(ies), and that by her/his/their signature(s) on the instrument the person(s), or the
entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the state of California that the foregoing paragraph is true
and correct.

**WITNESS my hand and official seal.**

Signature _G. A. Rinella_

G. A. RINELLA
COMM. # 1870595
NOTARY PUBLIC · CALIFORNIA
SANTA CLARA COUNTY
COMM. EXPIRES NOV. 7, 2013



611381648

◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇

| State of California | ) | CALIFORNIA ALL-PURPOSE |
| County of Santa Clara | ) SS. ) | CERTIFICATE OF ACKNOWLEDGMENT |

On _FEB 5 – 2010_ before me, _G. A. Rinella_, Notary Public, personally appeared ____Edward Christian____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that she/he/they executed the same in her/his/their authorized capacity(ies), and that by her/his/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the state of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _G. A. Rinella_

G. A. RINELLA
COMM. # 1870595
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
COMM. EXPIRES NOV. 7, 2013

◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇

| State of California | ) | CALIFORNIA ALL-PURPOSE |
| County of Santa Clara | ) SS. ) | CERTIFICATE OF ACKNOWLEDGMENT |

On _FEB 5 – 2010_ before me, _G. A. Rinella_, Notary Public, personally appeared ____ Victoria Barreto____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the state of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _G. A. Rinella_

G. A. RINELLA
COMM. # 1870595
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
COMM. EXPIRES NOV. 7, 2013



# AFFIDAVIT OF SERVICE

## California state court,
## superior court common law venue
## DEFAULT JUDGMENT – DECISION,
## and
## FINDINGS OF FACT, dated February 5, 2010

The State of California )
                       )     ss
County of Santa Clara )

I am over 18 years of age and not a party to the within action. My business address is:

     R. A. Guancione, Notary Acceptor
     PO Box 641641
     San Jose [95164] California

On this the _____10th_____ day of March, 2010, I served the following by Personal Service:

California state court, superior court common law venue, original and exclusive jurisdiction, united States of America, California Republic (organic), **DEFAULT JUDGMENT – DECISION,** and FINDINGS OF FACT (of Tribunal), dated February 5, 2010

Regarding the Private Notice of International Commercial Claim within the Admiralty Administrative Remedy Contract File # AVGIII03312009, and original claim AVGIII02172009:

Libellee: 1. JOHN G STUMPF, President, CEO & Chairman, WELLS FARGO & CO.
           2. ROBERT K. STEEL, (Formerly) dba PRESIDENT & CEO WACHOVIA
               (now wholly owned subsidiary of WELLS FARGO & CO.) subsidiary
           3. DAVID K. ZWIENER, dba, SR. EXEC VICE PRES WELLS FARGO & CO.
               & CFO WACHOVIA subsidiary
           4. SUZANNE CHING, dba, ASST. VICE PRESIDENT WELLS FARGO & CO.
               (WACHOVIA subsidiary)
           5. WELLS FARGO & CO.
           6. WACHOVIA (wholly owned subsidiary of WELLS FARGO & CO.)

Person Served:      SCOTT HARRIS, ATTORNEY for Libellees
                      HARRIS ROSALES & HARRIS
                      351 Saint Mary Street
                      Pleasanton, CA 94566

"I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this ___10th___ day of March, 2010".

R. A. Guancione, Notary Acceptor UCC § 3-402 (b)(1)

R. A. GUANCIONE
COMM. #1836896
Notary Public - California
Santa Clara County
My Comm. Expires Feb. 15, 2013

Authority: Ex Officio Magistrate Judge per US Supreme Court, COMPTON v. STATE OF ALABAMA, 214 U.S. 1 (1909)

The California Government Code § 8205 states: "(a) It is the duty of a notary public, when requested: (1) To demand acceptance and payment of foreign and inland bills of exchange, or promissory notes, to protest them for nonacceptance and nonpayment, and, with regard only to the nonacceptance or nonpayment of bills and notes, to exercise any other powers and duties that by the law of nations and according to commercial usages, or by the laws of any other state, government, or country, may be performed by notaries."





Anthony Victor III: Guancione, Secured Party

Santa Clara County
The State of California
United States of America 1776 AD
Petition for Agreement and Harmony within the admiralty in the Nature of a
**NOTICE OF INTERNATIONAL COMMERCIAL
CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY
CERTIFICATE AND NOTICE OF NON-RESPONSE**
<u>28 U.S.C. §1333 and §1337</u>

FILE # AVGIII03302009

Date: March 30, 2009

Libellant:     Anthony Victor III: Guancione, Creditor Secured Party,
c/o R. A. Guancione, Notary Acceptor
PO Box 641641
San Jose [95164] California

Libellee:     John G Stumpf, Et al.
420 Montgomery Street
WELLS FARGO BANK
San Francisco, CA 94163

Robert K. Steel, (Formerly) dba PRESIDENT & CEO WACHOVIA (now
division of WELLS FARGO BANK)

David K. Zwiener, dba, SR. EXEC VICE PRES WELLS FARGO BANK &
CFO WACHOVIA DIVISION

Suzanne Ching, dba, ASST. VICE PRESIDENT WELLS FARGO BANK
(WACHOVIA DIV)

In care of:     John G Stumpf
420 Montgomery Street
WELLS FARGO BANK
San Francisco, CA 94163

Libellee is additionally subject to <u>postal statutes</u> and the jurisdiction of the Universal
Postal Union

COMMERCIAL OATH AND VERIFICATION

6113381698

The State of California )
County of Santa Clara )

Commercial Oath and Verification

NOTARY ACCEPTOR, R. A. Guancione, under her Commercial Oath with unlimited liability, proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of her private first hand knowledge and belief under penalty of International Commercial Law.

1. That the evidence shows that the Libellees named in this administrative remedy were duly served by US Mail on and before February 23, 2009 AD.

2. That 10 days to answer concluded on March 9, 2009 AD.

3. That the NOTICE OF FAULT is served on March 16, 2009 AD and 3 day OPPORTUNITY TO CURE commenced on March 20, 2004 AD.

4. That the 3 days to cure concluded on March 24, 2009 AD with 3 days allowed for mailing.

5. That the 3 days for mailing commenced on March 25, 2009 AD and concluded on March 27, 2009 AD.

6. That no response to any of the above notices is evidenced by U.S. MAIL and any other private carrier.

7. That the Libellees are now in DEFAULT without recourse and are found in agreement and harmony with the Libellant in this administrative remedy due process.

8. NOTARY ACCEPTOR further sayeth naught.

SUBSCRIBED AND SWORN _____

R. A. Guancione, NOTARY ACCEPTOR



611381698

# AFFIDAVIT OF SERVICE

## CERTIFICATE AND NOTICE OF NON-RESPONSE

The State of California )
                ) ss
County of Santa Clara )

I am over 18 years of age and not a party to the within action. My business address is:
    R. A. Guancione, Notary Acceptor
    PO Box 641641
    San Jose [95164] California

On this the _____30th_____ day of March, 2009, I served the following by US Mail:

1. Four (4) copies of Original **CERTIFICATE AND NOTICE OF NON-RESPONSE**, File # AVGIII03302009, subscribed by Anthony Victor III: Guancione, Agent.

2. One copy of this Affidavit of Service for each copy of **"CERTIFICATE AND NOTICE OF NON-RESPONSE"** in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:    John G Stumpf, et al.
                420 Montgomery Street
                WELLS FARGO BANK

                Robert K. Steel, (Formerly) dba PRESIDENT & CEO WACHOVIA (now division of WELLS FARGO BANK)

                David K. Zwiener, dba, SR. EXEC VICE PRES WELLS FARGO BANK & CFO WACHOVIA DIVISION

                Suzanne Ching, dba, ASST. VICE PRESIDENT WELLS FARGO BANK (WACHOVIA DIV)

In care of:    John G Stumpf
                420 Montgomery Street
                WELLS FARGO BANK
                San Francisco. CA 94163

Respondent(s) is/are additionally subject to postal statutes and the jurisdiction of the Universal Postal Union.

"I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this _____30th_____ day of March, 2009 ".

R.A. Guancione, Notary Acceptor UCC 3-402 (b)(1)

R. A. GUANCIONE
COMM. #1838898
Notary Public - California
Santa Clara County
My Comm. Expires Feb. 15, 2013

2266316000-2

611381698

| | |
|---|---|
| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD 46 CFR 67.250  | **NOTICE OF CLAIM OF MARITIME LIEN** <br> # RA 132 383 471 US |

| | THIS SECTION FOR RECORDERS USE ONLY |
|---|---|
| **1. NAME OF VESSEL** <br> **U. S. M/V WELLS FARGO & CO.** | **2. UNIQUE IDENTIFIER** <br> **EIN # 41 0449260, DUNNS# 00-696-2435, CA State Sec State UCC-1 # 097211499153, Santa Clara County Recorder UCC-1 # 20488970, *King County Recorder* #20100114000540** |

**RECORDED**

**3. INSTRUMENT TYPE:**
INTERNATIONAL COMMERCIAL CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY – **NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT, CERTIFICATE OF DISHONOR, CASE # AVGIII02172009,** California state court, superior court common law venue, original and exclusive jurisdiction, united States of America, California Republic (organic), **DEFAULT JUDGMENT – DECISION,** and FINDINGS OF FACT (of Tribunal), dated February 5, 2010

PORT

BOOK

PAGE

BY

**4. NAME AND ADDRESS OF OWNER OF VESSEL**

**RAY LAHOOD**
**US Transportation**
**1200 New Jersey Ave., SE**
**Washington, DC 20590**

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS    **100%.** (100% UNLESS OTHERWISE STATED)

**5. NAME AND ADDRESS OF CLAIMANT**

HI&RH Anthony-Victor III: Guancione,
   a sovereign *without the* UNITED STATES
c/o U.S.P.O. Postmaster, c/o temporary mailing location:
P.O. Box Six-Four-One-Six-Four-One
at San Jose, county of Santa Clara, on California, zip code exempt:
DMM Reg, Sec, 122.32; Public Law 91-375, Sec 403

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED    **100%.**   (100% UNLESS OTHERWISE STATED)

| **6. AMOUNT** | **7. ALL PROPERTY INCLUDING BUT NOT LIMITED TO:** ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, CERTIFICATES OF DEPOSIT (CD), RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS OF ANY TYPE, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LANDS, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, WATERCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLES ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, ALL REVENUE STREAMS AND SOURCES OF INCOME FROM ANY SOURCE, FARM EQUIPMENT, FARM SUPPLIES, HEAVY EQUIPMENT, CROPS, FARM ANIMALS, MACHINERY, TOOLS, BUILDINGS, STRUCTURES, OFFICE EQUIPMENT AND SUPPLIES, ALL CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, INTELLECTUAL PROPERTIES, PATENTS, INVENTIONS, OR ANY OTHER THING OF VALUE AS NEEDED TO SATISFY THIS CLAIM, 1461 FORRESTAL AVE., SAN JOSE, CA 95110, PARCEL #230-31-047-00. |
|---|---|
| **$3,226,371,600.00 USD, PLUS INTEREST, PENALTIES, AND FEES** | |

**8. CERTIFICATION AND ATTESTATION:**
   I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL.

                                 , Claimant
                                SIGNATURE OF CLAIMANT

STATE: **CALIFORNIA**
COUNTY: **SANTA CLARA**
SUBSCRIBED AND SWORN ON THE _____ day of May, AD 2010:

NOTARY PUBLIC
MY COMMISSION EXPIRES: _____

(DATE)

R. A. GUANCIONE
COMM. #1836896
Notary Public - California
Santa Clara County
My Comm. Expires Feb. 15, 2013

*CA1 381698* 

| | |
|---|---|
| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD 46 CFR 67.250 | **NOTICE OF CLAIM OF MARITIME LIEN RA 132 383 499 US** | THIS SECTION FOR RECORDERS USE ONLY |

**1. NAME OF VESSEL**
**U. S. M/V WACHOVIA**

**2. UNIQUE IDENTIFIER  EIN # 94 1347393,**
**EIN # 56 1473727, DUNNS# 320235, 808835552,**
**829297303, CA State Sec State UCC-1 #**
**097211499153, Santa Clara County Recorder UCC-1 #**
**20488970, King County Recorder #20100114000540**

RECORDED

**3. INSTRUMENT TYPE:**
INTERNATIONAL COMMERCIAL CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY – **NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT, CERTIFICATE OF DISHONOR, CASE # AVGIII02172009,** California state court, superior court common law venue, original and exclusive jurisdiction, united States of America, California Republic (organic), **DEFAULT JUDGMENT – DECISION,** and FINDINGS OF FACT (of Tribunal), dated February 5, 2010

PORT

BOOK

PAGE

BY

**4. NAME AND ADDRESS OF OWNER OF VESSEL**

**RAY LAHOOD**
**US Transportation**
**1200 New Jersey Ave., SE**
**Washington, DC 20590**

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS  **100%.** (100% UNLESS OTHERWISE STATED)

**5. NAME AND ADDRESS OF CLAIMANT**

HI&RH Anthony-Victor III: Guancione,
  a sovereign without the UNITED STATES
c/o U.S.P.O. Postmaster, c/o temporary mailing location:
P.O. Box Six-Four-One-Six-Four-One
at San Jose, county of Santa Clara, on California, zip code exempt:
DMM Reg, Sec, 122.32; Public Law 91-375, Sec 403

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED  **100%.** (100% UNLESS OTHERWISE STATED)

| **6. AMOUNT** | **7. ALL PROPERTY INCLUDING BUT NOT LIMITED TO:** ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, CERTIFICATES OF DEPOSIT (CD), RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS OF ANY TYPE, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LANDS, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, WATERCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLES ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, ALL REVENUE STREAMS AND SOURCES OF INCOME FROM ANY SOURCE, FARM EQUIPMENT, FARM SUPPLIES, HEAVY EQUIPMENT, CROPS, FARM ANIMALS, MACHINERY, TOOLS, BUILDINGS, STRUCTURES, OFFICE EQUIPMENT AND SUPPLIES, ALL CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, INTELLECTUAL PROPERTIES, PATENTS, INVENTIONS, OR ANY OTHER THING OF VALUE AS NEEDED TO SATISFY THIS CLAIM, 1461 FORRESTAL AVE., SAN JOSE, CA 95110, PARCEL #230-31-047-00. |
|---|---|
| **$3,226,371,600.00 USD, PLUS INTEREST, PENALTIES, AND FEES** | |

**8. CERTIFICATION AND ATTESTATION:**
  I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT.  I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL.

, Claimant
**SIGNATURE OF CLAIMANT**

STATE: **CALIFORNIA**
COUNTY: **SANTA CLARA**
SUBSCRIBED AND SWORN ON THE _4_ day of May, AD 2010:

NOTARY PUBLIC
MY COMMISSION EXPIRES: _Feb 5 2013_
(DATE)

R. A. GUANCIONE
COMM. #1836896
Notary Public - California
Santa Clara County
My Comm. Expires Feb. 15, 2013

6111381698

| | | THIS SECTION FOR RECORDERS USE ONLY |
|---|---|---|



U.S. DEPARTMENT OF HOMELAND SECURITY
U.S. COAST GUARD
46 CFR 67.250

5/4/2010

**NOTICE OF CLAIM OF MARITIME LIEN**
**RA 132 383 658 US**

**1. NAME OF VESSEL**
U. S. M/V JOHN G. STUMPF

**2. UNIQUE IDENTIFIER**
EIN # 41 0449260, DUNNS# 00-696-2435, CA State Sec State UCC-1 # 097211499153, Santa Clara County Recorder UCC-1 # 20488970, King County Recorder #20100114000540

RECORDED

PORT

BOOK

PAGE

BY

**3. INSTRUMENT TYPE:**
INTERNATIONAL COMMERCIAL CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY – **NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT, CERTIFICATE OF DISHONOR, CASE # AVGIII02172009,** California state court, superior court common law venue, original and exclusive jurisdiction, united States of America, California Republic (organic), **DEFAULT JUDGMENT – DECISION,** and FINDINGS OF FACT (of Tribunal), dated February 5, 2010

**4. NAME AND ADDRESS OF OWNER OF VESSEL**

RAY LAHOOD
US Transportation
1200 New Jersey Ave., SE
Washington, DC 20590

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS       **100%.**  (100% UNLESS OTHERWISE STATED)

**5. NAME AND ADDRESS OF CLAIMANT**

HI&RH Anthony-Victor III: Guancione,
   a sovereign without the UNITED STATES
c/o U.S.P.O. Postmaster, c/o temporary mailing location:
P.O. Box Six-Four-One-Six-Four-One
at San Jose, county of Santa Clara, on California, zip code exempt:
DMM Reg, Sec, 122.32; Public Law 91-375, Sec 403

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED       **100%.**   (100% UNLESS OTHERWISE STATED)

**6. AMOUNT**

**$3,226,371,600.00 USD, PLUS INTEREST, PENALTIES, AND FEES**

**7.**
ALL PROPERTY INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, CERTIFICATES OF DEPOSIT (CD), RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS OF ANY TYPE, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LANDS, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, WATERCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLES ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, ALL REVENUE STREAMS AND SOURCES OF INCOME FROM ANY SOURCE, FARM EQUIPMENT, FARM SUPPLIES, HEAVY EQUIPMENT, CROPS, FARM ANIMALS, MACHINERY, TOOLS, BUILDINGS, STRUCTURES, OFFICE EQUIPMENT AND SUPPLIES, ALL CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, INTELLECTUAL PROPERTIES, PATENTS, INVENTIONS, OR ANY OTHER THING OF VALUE AS NEEDED TO SATISFY THIS CLAIM, 1461 FORRESTAL AVE., SAN JOSE, CA 95110, PARCEL #230-31-047-00.

**8. CERTIFICATION AND ATTESTATION:**

I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL.

, Claimant

SIGNATURE OF CLAIMANT

STATE: CALIFORNIA
COUNTY: SANTA CLARA
SUBSCRIBED AND SWORN ON THE ___4___ day of May, AD 2010:

NOTARY PUBLIC
MY COMMISSION EXPIRES: ___Feb 5 2013___
(DATE)

R. A. GUANCIONE
COMM. #1836896
Notary Public - California
Santa Clara County
My Comm. Expires Feb. 15, 2013



6U381698

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD 46 CFR 67.250 | NOTICE OF CLAIM OF MARITIME LIEN **RA 132 383 675 US** | THIS SECTION FOR RECORDERS USE ONLY |
|---|---|---|

| 1. NAME OF VESSEL **U. S. M/V ROBERT K STEEL** | 2. UNIQUE IDENTIFIER EIN # 94-1347393 **EIN # 56 1473727, DUNNS# 320235, 808835552, 829297303, CA State Sec State UCC-1 # 097211499153, Santa Clara County Recorder UCC-1 # 20488970, King County Recorder #20100114000540** | RECORDED |
|---|---|---|

3. INSTRUMENT TYPE:
INTERNATIONAL COMMERCIAL CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY – *NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT, CERTIFICATE OF DISHONOR, CASE # AVGIII02172009*, California state court, superior court common law venue, original and exclusive jurisdiction, united States of America, California Republic (organic), **DEFAULT JUDGMENT – DECISION,** and FINDINGS OF FACT (of Tribunal), dated February 5, 2010

PORT

BOOK

PAGE

BY

4. NAME AND ADDRESS OF OWNER OF VESSEL

**RAY LAHOOD**
**US Transportation**
**1200 New Jersey Ave., SE**
**Washington, DC 20590**

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS — **100%.** (100% UNLESS OTHERWISE STATED)

5. NAME AND ADDRESS OF CLAIMANT

HI&RH Anthony-Victor III: *Guancione*,
a sovereign without the UNITED STATES
c/o U.S.P.O. Postmaster, c/o temporary mailing location:
P.O. Box Six-Four-One-Six-Four-One
at San Jose, county of Santa Clara, on California, zip code exempt:
DMM Reg, Sec, 122.32; Public Law 9 1-375, Sec 403

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED — **100%.** (100% UNLESS OTHERWISE STATED)

| 6. AMOUNT | 7. ALL PROPERTY INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, CERTIFICATES OF DEPOSIT (CD), RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS OF ANY TYPE, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LANDS, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, WATERCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLES ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, ALL *REVENUE* STREAMS AND SOURCES OF INCOME FROM ANY SOURCE, FARM EQUIPMENT, FARM SUPPLIES, HEAVY EQUIPMENT, CROPS, FARM ANIMALS, MACHINERY, TOOLS, BUILDINGS, STRUCTURES, OFFICE EQUIPMENT AND SUPPLIES, ALL CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, INTELLECTUAL PROPERTIES, PATENTS, INVENTIONS, OR ANY OTHER THING OF VALUE AS NEEDED TO SATISFY THIS CLAIM, 1461 FORRESTAL AVE., SAN JOSE, CA 95110, PARCEL #230-31-047-00. |
|---|---|
| **$3,226,371,600.00 USD, PLUS INTEREST, PENALTIES, AND FEES** | |

8. CERTIFICATION AND ATTESTATION:
    I (WE) HEREBY CERTIFY THAT THE *FACTS* RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL.

, Claimant

SIGNATURE OF CLAIMANT

STATE: **CALIFORNIA**
COUNTY: **SANTA CLARA**
SUBSCRIBED AND SWORN ON THE _4_ day of May, AD 2010:

NOTARY PUBLIC
MY COMMISSION EXPIRES: Feb 5-2013
                                                    (DATE)

R. A. GUANCIONE
COMM. #1836896
Notary Public - California
Santa Clara County
My Comm. Expires Feb. 15, 2013

6U391698



| | NOTICE OF CLAIM OF MARITIME LIEN **RA 132 383 689 US** | THIS SECTION FOR RECORDERS USE ONLY |
|---|---|---|

U.S. DEPARTMENT OF HOMELAND SECURITY
U.S. COAST GUARD
46 CFR 67.250

1. NAME OF VESSEL
**U. S. M/V DAVID K. ZWIENER**

2. UNIQUE IDENTIFIER  **EIN # 94 1347393, EIN # 56 1473727, DUNNS# 320235, 808835552, 829297303, CA State Sec State UCC-1 # 097211499153, Santa Clara County Recorder UCC-1 # 20488970, King County Recorder #20100114000540**

RECORDED

3. INSTRUMENT TYPE:
INTERNATIONAL COMMERCIAL CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY – **NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT, CERTIFICATE OF DISHONOR, CASE # AVGIII02172009,** California state court, superior court common law venue, original and exclusive jurisdiction, united States of america, California Republic (organic), **DEFAULT JUDGMENT – DECISION,** and FINDINGS OF FACT (of Tribunal), dated February 5, 2010

PORT

BOOK

PAGE

BY

4. NAME AND ADDRESS OF OWNER OF VESSEL

**RAY LAHOOD
US Transportation
1200 New Jersey Ave., SE
Washington, DC 20590**

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS          **100%.**   (100% UNLESS OTHERWISE STATED)

5. NAME AND ADDRESS OF CLAIMANT

HI&RH Anthony-Victor III: Guancione,
    a sovereign without the UNITED STATES
c/o U.S.P.O. Postmaster, c/o temporary mailing location:
P.O. Box Six-Four-One-Six-Four-One
at San Jose, county of Santa Clara, on California, zip code exempt:
DMM Reg, Sec, 122.32; Public Law 91-375, Sec 403

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED          **100%.**   (100% UNLESS OTHERWISE STATED)

6. AMOUNT

**$3,226,371,600.00 USD, PLUS INTEREST, PENALTIES, AND FEES**

7. ALL PROPERTY INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, CERTIFICATES OF DEPOSIT (CD), RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS OF ANY TYPE, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LANDS, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, WATERCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLES ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, ALL REVENUE STREAMS AND SOURCES OF INCOME FROM ANY SOURCE, FARM EQUIPMENT, FARM SUPPLIES, HEAVY EQUIPMENT, CROPS, FARM ANIMALS, MACHINERY, TOOLS, BUILDINGS, STRUCTURES, OFFICE EQUIPMENT AND SUPPLIES, ALL CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, INTELLECTUAL PROPERTIES, PATENTS, INVENTIONS, OR ANY OTHER THING OF VALUE AS NEEDED TO SATISFY THIS CLAIM, 1461 FORRESTAL AVE., SAN JOSE, CA 95110, PARCEL #230-31-047-00.

8. CERTIFICATION AND ATTESTATION:
    I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL.

, Claimant

SIGNATURE OF CLAIMANT

STATE: **CALIFORNIA**
COUNTY: **SANTA CLARA**
SUBSCRIBED AND SWORN ON THE ____ day of May, AD 2010:

NOTARY PUBLIC
MY COMMISSION EXPIRES: Feb 5 - 2013

R. A. GUANCIONE
COMM. #1836896
Notary Public - California
Santa Clara County
My Comm. Expires Feb. 15, 2013



| | | THIS SECTION FOR RECORDERS USE ONLY |
|---|---|---|
| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD 46 CFR 67.250 | **NOTICE OF CLAIM OF MARITIME LIEN RA 132 383 692 US** | |

| 1. NAME OF VESSEL **U. S. M/V SUZANNE CHING** | 2. UNIQUE IDENTIFIER EIN # 94-1347393 **EIN # 56 1473727, DUNNS# 320235, 808835552, 829297303, CA State Sec State UCC-1 # 097211499153, Santa Clara County Recorder UCC-1 # 20488970, King County Recorder #20100114000540** | RECORDED |
|---|---|---|

| 3. INSTRUMENT TYPE: | PORT |
|---|---|
| INTERNATIONAL COMMERCIAL CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY – NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT, CERTIFICATE OF DISHONOR, CASE # AVGIII02172009, California state court, superior court common law venue, original and exclusive jurisdiction, united States of America, California Republic (organic), DEFAULT JUDGMENT – DECISION, and FINDINGS OF FACT (of Tribunal), dated February 5, 2010 | BOOK<br><br>PAGE<br><br>BY |

| 4. NAME AND ADDRESS OF OWNER OF VESSEL | |
|---|---|
| **RAY LAHOOD US Transportation 1200 New Jersey Ave., SE Washington, DC 20590** | |
| INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENTS | **100%.** (100% UNLESS OTHERWISE STATED) |

| 5. NAME AND ADDRESS OF CLAIMANT |
|---|
| HI&RH Anthony-Victor III: Guancione, a sovereign without the UNITED STATES c/o U.S.P.O. Postmaster, c/o temporary mailing location: P.O. Box Six-Four-One-Six-Four-One at San Jose, county of Santa Clara, on California, zip code exempt: DMM Reg, Sec, 122.32; Public Law 91-375, Sec 403 |
| PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED **100%.** (100% UNLESS OTHERWISE STATED) |

| 6. AMOUNT | 7. ALL PROPERTY INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, CERTIFICATES OF DEPOSIT (CD), RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS OF ANY TYPE, SECURITIES, CASH ON HAND, JEWELRY, HOUSES, LANDS, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, WATERCRAFT, HOUSEHOLD FURNITURE, GUNS, AMMUNITION, COIN COLLECTIONS, ALL COLLECTIBLES ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, ALL REVENUE STREAMS AND SOURCES OF INCOME FROM ANY SOURCE, FARM EQUIPMENT, FARM SUPPLIES, HEAVY EQUIPMENT, CROPS, FARM ANIMALS, MACHINERY, TOOLS, BUILDINGS, STRUCTURES, OFFICE EQUIPMENT AND SUPPLIES, ALL CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, INTELLECTUAL PROPERTIES, PATENTS, INVENTIONS, OR ANY OTHER THING OF VALUE AS NEEDED TO SATISFY THIS CLAIM, 1461 FORRESTAL AVE., SAN JOSE, CA 95110, PARCEL #230-31-047-00. |
|---|---|
| **$3,226,371,600.00 USD, PLUS INTEREST, PENALTIES, AND FEES** | |

| 8. CERTIFICATION AND ATTESTATION: |
|---|
| I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIED BY U.S. MAIL. |

, Claimant

SIGNATURE OF CLAIMANT

STATE: **CALIFORNIA**
COUNTY: **SANTA CLARA**
SUBSCRIBED AND SWORN ON THE _4_ day of May, AD 2010:

NOTARY PUBLIC
MY COMMISSION EXPIRES: _Feb 5-2013_
(DATE)

R. A. GUANCIONE
COMM. #1836896
Notary Public - California
Santa Clara County
My Comm. Expires Feb. 15, 2013